IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUAN JOSE BELTRAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-17-851-D |
| JIMMY MARTIN, Warden, | ) ) ) |
| Respondent. | ) ) |

# ORDER

Petitioner, a state prisoner appearing pro se, filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Gary Purcell for initial proceedings consistent with 28 U.S.C. § 636(b). On March 20, 2018, Judge Purcell issued a Report and Recommendation (R&R or Report) [Doc. No. 19] in which he recommended that Petitioner's application be denied. In his Report, Judge Purcell directed Petitioner to file any objections to the Report on or before April 9, 2018, and advised him that failing to object would result in waiver of the factual and legal issues contained therein. R&R at 15. The Court granted Petitioner an extension of time to May 16, 2018 in which to file any objection [Doc. No. 21].

The deadline for filing objections has passed, and Petitioner has neither filed an objection nor sought additional time to do so. Accordingly, the R&R is **ADOPTED** as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 25th day of May 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE